# UNITED STATES DISTRICT COURT

FOR THE _____  District of  MASSACHUSETTS

Life Insurance Company of America

V.

Maria Frias,
Samantha L. Frias and
Steven J. Frias, Jr.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05-10988 NG

TO: (Name and address of Defendant)

Steven J. Frias, Jr.
4 Bradford Road
Hudson, MA 01749

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Crevier
Katherine R. Parsons
CREVIER & RYAN, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
(413) 787-2400
Fax: (413) 781-8235

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                   MAY 12 2005

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

Middlesex, ss.

May 19, 2005

I hereby certify and return that on 5/18/2005 at 1:05PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of STEVEN J. FRIAS, JR., , 4 BRADFORD Road HUDSON, MA 01749 and by mailing 1st class to the above address on 5/18/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($4.50), Postage and Handling ($3.00), Travel ($10.88) Total Charges $48.38

*Ron Hanson*
Deputy Sheriff

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.