~~Case 1:05-cv-10988-NG   Document 4   Filed 05/25/2005   Page 1 of 2~~

# UNITED STATES DISTRICT COURT

FOR THE District of MASSACHUSETTS

Life Insurance Company of America

**SUMMONS IN A CIVIL CASE**

V.

Maria Frias,
Samantha L. Frias and
Steven J. Frias, Jr.

**CASE NUMBER:**

# 05  10988 NG

TO: (Name and address of Defendant)

Maria Frias
1 A Glendale Road
Hudson, MA 01749

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David B. Crevier
Katherine R. Parsons
CREVIER & RYAN, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5727
(413) 787-2400
Fax: (413) 781-8235

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY 12 2005

CLERK

DATE

(By) DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*

I hereby certify and return that on 5/18/2005 at 1:20PM I served a true and attested copy of the SUMMONS    May 19, 2005
AND COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of
abode of MARIA FRIAS, , 1A GLENDALE Road HUDSON, MA 01749 and by mailing 1st class to the above
address on 5/19/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($4.50), Postage and
Handling ($3.00), Travel ($10.88) Total Charges $48.38

*Ron Hanson*

_____
*Deputy Sheriff*

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                                    *Signature of Server*


                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.