UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LIFE INSURANCE COMPANY OF
NORTH AMERICA,
    Plaintiff-Stakeholder

vs.                              DOCKET NO.:05-10988-NMG

MARIA FRIAS, SAMANTHA L. FRIAS
and STEVEN J. FRIAS, JR.,
    Defendants

### NOTICE OF APPEARANCE

NOW COMES Stephen G. Morte and hereby enters his appearance on behalf of Samantha L. Frias, in the above-referenced case.

Respectfully submitted,

*[signature]*

STEPHEN G. MORTE
B.B.O. # 357040
74 Main Street
Marlborough, MA 01752
508-481-2332

STEPHEN G. MORTE

ATTORNEY AT LAW

74 MAIN STREET

MARLBOROUGH, MA 01752

(508) 481-2332

FAX (508) 624-4110