UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



LIFE INSURANCE COMPANY OF
NORTH AMERICA,
    Plaintiff-Stakeholder

vs.                                                              DOCKET NO.:05-10988-NMG

MARIA FRIAS, SAMANTHA L. FRIAS
and STEVEN J. FRIAS, JR.,
    Defendants

**ANSWER OF SAMANTHA L. FRIAS, By her Parent and Next Friend
MARIA FRIAS**

**INTRODUCTION**

1.    The Defendant, Samantha L. Frias, (hereinafter "Samantha") is without knowledge as to the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2.    Samantha Maria is without knowledge as to the allegations contained in Paragraph 2 of Plaintiff's Complaint.

**PARTIES**

3.    Samantha is without knowledge as to the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4.    Samantha denies the allegations contained in Paragraph 4 of Plaintiff's Complaint and states that Maria Frias lives at 3110 Pinion Drive, Holiday FL 34691.

5.    Samantha denies the allegations contained in Paragraph 5 of Plaintiff's Complaint and states that she resides at 3110 Pinon Drive, Holiday FL 34691.

STEPHEN G. MORTE
ATTORNEY AT LAW
74 MAIN STREET
MARLBOROUGH, MA 01752

(508) 481-2332

FAX (508) 624-4110

6. Samantha admits the allegations contained in Paragraph 6 of Plaintiff's Complaint.

## JURISDICTION

7. Samantha admits the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8. Samantha admits the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9. Samantha admits the allegations contained in Paragraph 9 of Plaintiff's Complaint.

## FACTS

10. Samantha admits the allegations contained in Paragraph 10 of Plaintiff's Complaint.

11. Samantha admits the allegations contained in Paragraph 11 of Plaintiff's Complaint.

12. Samantha admits the allegations contained in Paragraph 12 of Plaintiff's Complaint.

13. Samantha admits the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14. Samantha admits the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15. Samantha admits the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16. Samantha admits the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17. Samantha admits the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18. Samantha admits the allegations contained in Paragraph 18 of Plaintiff's Complaint.

STEPHEN G. MORTE

ATTORNEY AT LAW

74 MAIN STREET

MARLBOROUGH, MA 01752

(508) 481-2332

FAX (508) 624-4110

19. Samantha admits the allegations contained in Paragraph 19 of Plaintiff's Complaint.

          Respectfully submitted,

          Samantha L. Frias,
          By her Parent and Next Friend,
          Maria Frias,
          By her attorney

          _____
          STEPHEN G. MORTE
          B.B.O. # 357040
          74 Main Street
          Marlborough, MA 01752
          508-481-2332

STEPHEN G. MORTE

ATTORNEY AT LAW

74 MAIN STREET

MARLBOROUGH, MA 01752

(508) 481-2332

FAX (508) 624-4110

## CERTIFICATE OF SERVICE

I, STEPHEN G. MORTE, attorney for Samantha L. Frias, by her Parent and Next Friend, Maria Frias, hereby certify that on this 31st day of May 2005, I served the within Notice of Appearance and Answer to Plaintiff's Complaint by mailing to: David B. Crevier, CREVIER & RYAN, 1500 Main Street, Suite 2020, Springfield MA 01115-5532, first-class mail, postage prepaid.

_____
STEPHEN G. MORTE

STEPHEN G. MORTE

ATTORNEY AT LAW

74 MAIN STREET

MARLBOROUGH, MA 01752

(508) 481-2332

FAX (508) 624-4110