UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LIFE INSURANCE COMPANY OF
NORTH AMERICA,
    Plaintiff-Stakeholder

vs.                               DOCKET NO.:05-10988-NMG

MARIA FRIAS, SAMANTHA L. FRIAS
and STEVEN J. FRIAS, JR.,
    Defendants

## ANSWER OF MARIA FRIAS

### INTRODUCTION

1. The Defendant, Maria Frias, (hereinafter "Maria") is without knowledge as to the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2. Maria is without knowledge as to the allegations contained in Paragraph 2 of Plaintiff's Complaint.

### PARTIES

3. Maria is without knowledge as to the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Maria denies the allegations contained in Paragraph 4 of Plaintiff's Complaint and states that she lives at 3110 Pinion Drive, Holiday FL 34691.

5. Maria denies the allegations contained in Paragraph 5 of Plaintiff's Complaint and states that Samantha resides at 3110 Pinon Drive, Holiday FL 34691.

6. Maria admits the allegations contained in Paragraph 6 of Plaintiff's Complaint.

### JURISDICTION

7. Maria admits the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8. Maria admits the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9. Maria admits the allegations contained in Paragraph 9 of Plaintiff's Complaint.

STEPHEN G. MORTE
ATTORNEY AT LAW
74 MAIN STREET
MARLBOROUGH, MA 01752

(508) 481-2332

FAX (508) 624-4110

**FACTS**

10. Maria admits the allegations contained in Paragraph 10 of Plaintiff's Complaint.

11. Maria admits the allegations contained in Paragraph 11 of Plaintiff's Complaint.

12. Maria admits the allegations contained in Paragraph 12 of Plaintiff's Complaint.

13. Maria admits the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14. Maria admits the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15. Maria admits the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16. Maria admits the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17. Maria admits the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18. Maria admits the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19. Maria admits the allegations contained in Paragraph 19 of Plaintiff's Complaint.

Respectfully submitted,

Maria Frias
By her attorney

STEPHEN G. MORTE
B.B.O. # 357040
74 Main Street
Marlborough, MA 01752
508-481-2332

STEPHEN G. MORTE
ATTORNEY AT LAW
74 MAIN STREET
MARLBOROUGH, MA 01752

(508) 481-2332
FAX (508) 624-4110

## CERTIFICATE OF SERVICE

I, STEPHEN G. MORTE, attorney for Maria Frias, hereby certify that on this 31st day of May 2005, I served the within Notice of Appearance and Answer to Plaintiff's Complaint by mailing to: David B. Crevier, CREVIER & RYAN, 1500 Main Street, Suite 2020, Springfield MA 01115-5532, first-class mail, postage prepaid.

_____
STEPHEN G. MORTE

STEPHEN G. MORTE
ATTORNEY AT LAW
74 MAIN STREET
MARLBOROUGH, MA 01752

(508) 481-2332
FAX (508) 624-4110