<u>**UNITED STATES DISTICT COURT**</u>
<u>**DISTRICT OF MASSACHUSETTS**</u>

|  |  |
|---|---|
| LIFE INSURANCE COMPANY )<br>OF NORTH AMERICA )<br>        Plaintiff Stakeholder, )<br>)<br>v. )<br>)<br>MARIA FRIAS, )<br>SAMANTHA L. FRIAS, and )<br>STEVEN J. FRIAS, JR. )<br>        Defendants. )<br>) | Civil Action No. 05-10988 NG |

<u>**LIFE INSURANCE COMPANY OF NORTH AMERICA**</u>
<u>**LR.7.3 CORPORATE DISCLOSURE**</u>

Defendant Life Insurance Company of North America is a wholly owned subsidiary of Connecticut General Corporation. Connecticut General Corporation is a wholly owned subsidiary of CIGNA Holdings Inc. CIGNA Holdings Inc. is a wholly owned subsidiary of CIGNA Corporation. CIGNA Corporation is the only company that is publicly traded and has issued shares to the public.

                                              PLAINTIFF-STAKEHOLDER
                                              LIFE INSURANCE COMPANY OF
                                              NORTH AMERICA

                                              By its Attorneys,

                                              _/s/ Katherine R. Parsons_____
                                              David B. Crevier, BBO# 557242
                                              Katherine R. Parsons, BBO# 657280
                                              Crevier & Ryan, LLP
                                              1500 Main Street, Suite 2020
                                              Springfield, MA 01115-5727
                                              (413) 787-2400 (tel.)
                                              (413) 781-8235 (fax)

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on all counsel of record by first class U.S. Mail, postage prepaid this 1st day of July, 2005.

_____