UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA <br> Plaintiff-Stakeholder <br> v. <br><br> MARIA FRIAS, <br> SAMANTHA L. FRIAS and <br> STEVEN J. FRIAS, JR. <br> Defendants | Civil Action No. 05-10988 NMG |

## JOINT STATEMENT

Pursuant to the Notice of Scheduling Conference and Local Rule 16.1, Plaintiff-Stakeholder, Life Insurance Company of North America, and Defendants, Maria Frias and Samantha Frias, submit the following Joint Statement.

**I.   INTRODUCTION**

Life Insurance Company of North America ("LINA") brought this Interpleader action against Maria Frias, Samantha Frias and Steven J. Frias, Jr. due to their conflicting claims on the life insurance benefits from the policy covering Steven Frias ("Decedent"). Steven J. Frias, Jr. has not filed an Answer to the Complaint. Counsel for Maria Frias and Samantha Frias represents that the Defendants have come to an agreement regarding the division of the life insurance benefits. Samantha Frias is a minor child and counsel for Maria and Samantha Frias is in the process of obtaining a guardian ad litem for Samantha to represent her best interests with respect to the settlement agreement.

**II.   PROPOSED CASE SCHEDULING PLAN**

In light of the foregoing, counsel for Samantha Frias and Maria Frias and counsel for Life Insurance Company of North America ("LINA") have conferred and agree to the following:

1. <u>Rule 26 Automatic Disclosures</u>

The parties waive their respective rights to exchange Rule 26(a) automatic disclosures.

2. <u>Close of Discovery</u>

All discovery to be completed by December 31, 2005, and in accordance with the Federal Rules of Civil Procedure and the Local Rules.

3. <u>Trial Experts</u>

The parties shall designate their respective experts, if any, by November 1, 2005 in accordance with Fed. R. Civ. P. 26 (a)(2) and Local Rule 26.4.

4. <u>Motions for Summary Judgment</u>

Motions for Summary Judgment shall be filed within 90 days before the date established by the Court for trial, Oppositions to Motions for Summary Judgment shall be filed within 21 days thereafter.

## III. CERTIFICATION OF COUNSEL AND PARTIES

The parties will submit their respective certifications at or before the Scheduling Conference.

| | |
|---|---|
| Plaintiff- Stakeholder,<br>Life Insurance Company of North America | Defendants,<br>Maria Frias and Samantha Frias |
| By its attorneys, | By their attorney, |
| S/Katherine R. Parsons<br>Katherine R. Parsons, BBO # 657280<br>CREVIER & RYAN, LLP<br>1500 Main Street, Suite 2020<br>Springfield, MA 01115-5532<br>Tel: (413) 787-2400<br>Facsimile: (413) 781-8235<br>Email: kparsons@crevierandryan.com | S/Stephen G. Morte<br>Stephen G. Morte, BBO # 357040<br>LAW OFFICES OF STEPHEN G. MORTE<br>74 Main Street<br>Marlborough, MA 01752<br>Tel: (508) 481-2332<br>Facsimile: (508) 624-4110<br>Email: Stephen.morte@verizon.net |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on all counsel of record by first class U.S. Mail, postage prepaid this 1st day of July, 2005.

S/Katherine R. Parsons