## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LIFE INSURANCE CO. OF NORTH AMERICA
       Plaintiff

V.

   MARIA FRIAS, et al
       Defendant

CIVIL ACTION

NO. 05cv10988NG

## SETTLEMENT ORDER OF DISMISSAL

GERTNER, D. J.

The Court having been advised on __7/7/2005__ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

7/11/2005
Date

/s/ JENNIFER FILO
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)