IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LIFE INSURANCE COMPANY OF
NORTH AMERICA,
    Plaintiff-Stakeholder

vs.                          CIVIL ACTION NO.: 05-10988-NMG

MARIA FRIAS, SAMANTHA L. FRIAS
and STEVEN J. FRIAS, JR.,
    Defendants

## JOINT MOTION TO APPOINT ANNA PESTANA AS GUARDIAN AD LITEM OF SAMANTHA L. FRIAS, RELATED TO THE APPROVAL OF A SETTLEMENT AGREEMENT

Now come the Parties and jointly request that the Court approve Anna Pestana as a Guardian Ad Litem for the approval of a Settlement Agreement, on behalf of Samantha L. Frias.

On July 11, 2005, the Court issued a Settlement Order of Dismissal in this case, because the parties had settled this case and sought a 60 day order within which to work out the details of the settlement. One of the Defendants, Samantha L. Frias, is a minor child and as such, the appointment of a Guardian Ad Litem is necessary to represent Ms. Frias' best interests with respect to the resolution of this case. The Parties request that the Court appoint Anna Pestana as Samantha L. Frias' Guardian Ad Litem.

Anna Pestana lives at ~~157~~ Burrage Street, Lunenburg, MA 01462, is married, and the mother of two children. Mrs. Pestana is Ms. Frias' first cousin, and is willing to review the Settlement Agreement and represent Samantha Frias' best interest in the resolution of this pending action. Ms. Pestana had 18 years of work experience as a loan servicing manager at Community National Bank which, prior to its takeover by Citizens Bank, was located in Hudson, MA.

Further, the Parties agree to seek Court approval of the Settlement Agreement prior to releasing and distributing the funds.

Steven J. Frias, Individually

*[signature]*
STEVEN J. FRIAS.
4 Bradford Road
Hudson MA   01749
978-562-6690

Dated: 8/5, 2005

The Plaintiff
By its attorney

*[signature]*
KATHERINE P. PARSONS
B.B.O. # 657280
CREVIER & RYAN
1500 Main Street, Suite 2020
Springfield MA  01115-5532
413-787-2400

Dated: 8/17, 2005

federal\frias-mo-gal

Maria Frias and Samantha Frias
By their Attorney

*[signature]*
STEPHEN G. MORTE
B.B.O. # 357040
74 Main Street
Marlborough MA   01752
508-481-2332

Dated: 8/11, 2005

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on counsel to all other parties to this action by first class U.S. mail, postage prepaid, this day of August 17, 2005.

_Katherine R._____