## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA | ) ) ) | |
| Plaintiff-Stakeholder | ) ) | |
| v. | ) ) | **Civil Action No. 05-10988 NMG** |
| MARIA FRIAS, SAMANTHA L. FRIAS and STEVEN J. FRIAS, JR. | ) ) ) ) | |
| Defendants | ) ) | |

## JOINT MOTION TO EXTEND ORDER OF DISMISSAL

On July 11, 2005, at the request of the parties, the Court issued a Settlement Order of Dismissal ("Settlement Order") in the above-referenced action. This Settlement Order provided the parties sixty (60) days, or until September 5, 2005, to reopen the action if settlement is not consummated. The Court subsequently granted a joint request by the parties for a two-week extension of time to September 19, 2005. The parties are now jointly requesting an additional twenty (20) day extension of time to October 10, 2005, to extend the Order of Dismissal in an effort to complete the settlement papers. As grounds for this request, the parties indicate:

1.      The parties have agreed upon the terms of the settlement agreement;

2.      The parties are in the process of finalizing the paperwork associated with the agreement and obtaining signatures of all parties; and

3.      The extension will not prejudice either party, but rather, would permit the parties to execute the agreement prior to dismissal of the action.

Wherefore, the parties respectfully request that this Motion be granted:

PLAINTIFF-STAKEHOLDER
LIFE INSURANCE COMPANY
OF NORTH AMERICA

By its Attorneys,


s/Katherine R. Parsons
David B. Crevier, BBO# 557242
Katherine R. Parsons, BBO# 657280
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
(413) 787-2400 (tel.)
(413) 781-8235 (fax)
Email:  dcrevier@crevierandryan.com
        kparsons@crevierandryan.com


DEFENDANTS MARIA FRIAS AND
SAMANTHA FRIAS

By their Attorney,


s/Steven G. Morte
Steven G. Morte, BBO # 357040
74 Main Street
Marlborough, MA 01752
(508) 481-2332 (tel.)
(508) 624-4110 (fax)
Email:  stephen.morte@verizon.net


DEFENDANT STEVEN J. FRIAS

Pro se,


s/Steven J. Frias
Steven J. Frias
4 Bradford Road
Hudson, MA 01749
(978) 562-6690 (tel.)