#### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE INSURANCE COMPANY OF<br>NORTH AMERICA<br>       Plaintiff-Stakeholder<br><br>v.<br><br>MARIA FRIAS,<br>SAMANTHA L. FRIAS and<br>STEVEN J. FRIAS, JR.<br>       Defendants | )<br>)<br>)<br>)<br>)<br>)    **Civil Action No. 05-10988 NMG**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT MOTION TO EXTEND ORDER OF DISMISSAL

On July 11, 2005, at the request of the parties, the Court issued a Settlement Order of Dismissal ("Settlement Order") in the above-referenced action. This Settlement Order provided the parties sixty (60) days, or until September 5, 2005, to reopen the action if settlement is not consummated. The Court subsequently granted two additional joint requests by the parties for an extension of time to October 10, 2005. The parties are now jointly requesting an additional twenty (20) day extension of time to October 31, 2005, to extend the Order of Dismissal in an effort to complete the settlement papers. As grounds for this request, the parties indicate:

    1.    The parties have agreed upon the terms of the settlement agreement;

    2.    The parties are in the process of finalizing the paperwork associated with the agreement and obtaining signatures of all parties; and

    3.    The extension will not prejudice either party, but rather, would permit the parties to execute the agreement prior to dismissal of the action.

2

Wherefore, the parties respectfully request that this Motion be granted:

| PLAINTIFF-STAKEHOLDER<br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA | DEFENDANTS MARIA FRIAS AND<br>SAMANTHA FRIAS |
|---|---|
| By its Attorneys, | By their Attorney, |
| s/Katherine R. Parsons<br>David B. Crevier, BBO# 557242<br>Katherine R. Parsons, BBO# 657280<br>Crevier & Ryan, LLP<br>1500 Main Street, Suite 2020<br>Springfield, MA 01115-5532<br>(413) 787-2400 (tel.)<br>(413) 781-8235 (fax)<br>Email:  dcrevier@crevierandryan.com<br>         kparsons@crevierandryan.com | s/Steven G. Morte<br>Steven G. Morte, BBO # 357040<br>74 Main Street<br>Marlborough, MA 01752<br>(508) 481-2332 (tel.)<br>(508) 624-4110 (fax)<br>Email:  stephen.morte@verizon.net |

DEFENDANT STEVEN J. FRIAS

Pro se,

s/Steven J. Frias
Steven J. Frias
4 Bradford Road
Hudson, MA 01749
(978) 562-6690 (tel.)