UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA <br>     Plaintiff-Stakeholder <br><br> v. <br><br> MARIA FRIAS, SAMANTHA L. FRIAS and STEVEN J. FRIAS, JR. <br>     Defendants | Civil Action No. 05-10988 NMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby voluntarily stipulate to the dismissal of the above-captioned action, in its entirety, with prejudice, each party to bear its own costs, with all rights of appeal waived.

PLAINTIFF-STAKEHOLDER
LIFE INSURANCE COMPANY
OF NORTH AMERICA

By its Attorneys,

_____
David B. Crevier, BBO# 557242
Katherine R. Parsons, BBO# 657280
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115-5532
(413) 787-2400 (tel.)
(413) 781-8235 (fax)
Email: dcrevier@crevierandryan.com
       kparsons@crevierandryan.com

DEFENDANTS MARIA FRIAS AND
SAMANTHA FRIAS

By their Attorney,

_____
Steven G. Morte, BBO # 357040
74 Main Street
Marlborough, MA 01752
(508) 481-2332 (tel.)
(508) 624-4110 (fax)
Email: Stephen.morte@verizon.net

DEFENDANT STEVEN J. FRIAS

Pro se,

*Steven J. Frias*
Steven J. Frias
4 Bradford Road
Hudson, MA 01749
(978) 562-6690 (tel.)

DEFENDANT SAMANTHA FRIAS

By her Guardian Ad Litem,

*Ana C Pestana*   9/13/05
Anna Pestana
157 Barrage Street
Lunenburg, MA 01462
(978) 582-~~2628~~ 6988

## CERTIFICATE OF SERVICE

I certify that I served a true copy of the foregoing on all parties and counsel of record, by first class U.S. Mail, postage pre-paid this 10th day of October 2005.

*/s/ Katherine A. S[ignature]*